[Civ. No. 10977. Second· Appellate District, Division One.—October 7, 1936.]

HELEN MARINE et al., Appellants, v. DECKER SCHOOL DISTRICT et al., Respondents.

Richard A. Dunnigan and Douglas M. Forsyth for Appellants.

Everett W. Mattoon, County Counsel, and J. F. Moroney, Deputy County Counsel, for Respondents.

BISHOP, J., *pro tem.*—The notice of appeal, filed February 15, 1936, states that the plaintiffs appeal "from that

certain order made and entered in the above entitled action on the 31st day of January, 1936, denying plaintiffs' motion for a new trial". The motion was made upon several of the grounds given as causes for a new trial in section 657 of the Code of Civil Procedure; reliance was not placed upon the provisions of section 953e of that code.

■ The order denying a motion for a new trial, so grounded, is not an appealable order. (Sec. 963, Code Civ. Proc.; 1 Cal. Jur. Ten-Year Supp. 296.)

The appeal is dismissed.

Houser, P. J., and Doran, J., concurred.